**FILED**
CLERK, U.S. DISTRICT COURT

08/22/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _D. Brown_ DEPUTY

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:19-cr-00045-CJC |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Ernest Tito Yglesias, ) | |
| Defendant. ) | |

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _Central_ District of

18   _California_ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)  The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)  information in the Pretrial Services Report and Recommendation

26              (×)  information in the violation petition and report(s)

27              (×)  the defendant's nonobjection to detention at this time

28              (  )  other: _____

1

1    and/ or

2    B. (✕)    The defendant has not met his/her burden of establishing by clear and

3              convincing evidence that he/she is not likely to pose a danger to the safety

4              of any other person or the community if released under 18 U.S.C.

5              § 3142(b) or (c).  This finding is based on the following:

6              (✕)    information in the Pretrial Services Report and Recommendation

7              (✕)    information in the violation petition and report(s)

8              (✕)    the defendant's nonobjection to detention at this time

9              (  )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  August 22, 2022

15                                    _____
                                      KENLY KIYA KATO
                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28